UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR4333-WQH |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| EDER WILLIAM SANTOS, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant EDER WILLIAM SANTOS.

**SO ORDERED.**

DATED: January 26, 2012.

_____
HON. WILLIAM Q. HAYES
United States District Judge